AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| LORI FREEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **JUDGMENT** |
| DAL-TILE CORPORATION, *doing business as* ) | **CASE NO. 5:10-CV-522-BR** |
| *Dal-Tile Corporation, doing business as* ) | |
| *Dal-Tile Distribution, Inc., doing business as* ) | |
| *Dal-Tile Services, Inc.,* ) | |
| ) | |
| Defendant. ) | |

**Decision by the Court:**

      IT IS ORDERED AND ADJUDGED that the Defendant's Motion for Summary Judgment [D.E. 60] is GRANTED.  The Clerk shall close the case.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**MARCH 14, 2013**</u> WITH A COPY TO:

Dominique N. Ferrera (via CM/ECF electronic notification)
Kristine M. Sims (via CM/ECF electronic notification)

<u>March 14, 2013</u>                                  JULIE A. RICHARDS, Clerk
Date                                                     Eastern District of North Carolina

                                                                  <u>/s/ Debby Sawyer</u>
                                                                   (By) Deputy Clerk

Raleigh, North Carolina