UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:10 CV 522

| | |
|---|---|
| LORI FREEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | JOINT STIPULATION OF |
| v. ) | DISMISSAL WITH PREJUDICE |
| ) | |
| DAL-TILE CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Lori Freeman and Defendant Dal-Tile Corporation, by and through their undersigned counsel, stipulate that this action shall be and hereby is DISMISSED with prejudice, each party to bear their own costs and fees.

This 4th day of September, 2014.

**/s/ Laura J. Wetsch** (L.R. 83.1 Counsel)
NC State Bar No. 19491
E-mail: lwetsch@winslow-wetsch.com
WINSLOW WETSCH, PLLC
416 Morson Street
Raleigh, NC 27601
Telephone: (919) 834-6534
Facsimile: (919) 834-6536

**/s/ Anne W. King** (L.R. 83.1 Counsel)
DC Bar No. 996578
E-mail: ak682@law.georgetown.edu
Institute for Public Representation
Georgetown University Law Center
600 New Jersey Avenue NW, Suite 312
Washington, DC 20001
Telephone: (202) 662-9546
Facsimile: (202) 662-9634

*Attorneys for Plaintiff Lori Freeman*

**/s/ Kristine M. Sims** (L.R. 83.1 Counsel)
NC State Bar No. 26903
E-mail: ksims@constangy.com
**/s/ William J. McMahon, IV** (L.R. 83.1 Counsel)
NC State Bar No. 34097
E-mail: bmcmahon@constangy.com
CONSTANGY, BROOKS & SMITH, LLP
100 North Cherry Street, Suite 300
Winston-Salem, NC 27101
Telephone: (336) 721-1001
Facsimile: (336) 748-9112

*Attorneys for Defendant Dal-Tile Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2014, I electronically filed **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Laura J. Wetsch** (lwetsch@winslow-wetsch.com)
**Rebecca J. Houlding** (rebecca@joshuafriedmanesq.com)
**Dominique N. Ferrera** (dominique@joshuafriedmanesq.com)
**Giselle B. Schuetz** (giselle@joshuafriedmanesq.com)
**James W. Sprouse, Jr.** (jsprouse@sprousekurtzlaw.com)
**Anne W. King** (ak682@law.georgetown.edu)

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: **none.**

    **/s/ Kristine M. Sims** (L.R. 83.1 Counsel)
    NC State Bar No. 26903
    E-mail: ksims@constangy.com
    CONSTANGY, BROOKS & SMITH, LLP
    100 North Cherry Street, Suite 300
    Winston-Salem, NC 27101
    Telephone: (336) 721-1001
    Facsimile: (336) 748-9112